UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-05564-WLH-ADS | Date | September 24, 2026 |
| Title | ***Celerino Conejo-Gonzalez v. DHS et al.*** | | |

Present: The Honorable WESLEY L. HSU, United States District Judge

| | |
|---|---|
| Claudia Garcia-Marquez | None |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings: (IN CHAMBERS) ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER [2]**

The Court is in receipt of Petitioner Celerino Conejo-Gonzalez's Motion for Temporary Restraining Order (the "Motion"). (Mot., Dkt. No. 1). Both the Petition (Pet., Dkt. No. 1) and the Motion lack signatures. Therefore, there is no evidence in the form of testimony under penalty of perjury that the Court could consider in deciding the Motion. The Court cannot grant any relief due to the failure to produce any evidence in support of the Motion. Accordingly, the Court **DENIES** the Motion without prejudice.